NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DEUTSCHE BANK NATIONAL TRUST COMPANY, as indenture trustee under the indenture relating to IMH ASSETS CORP., COLLATERALIZED ASSET-BACKED BONDS, SERIES 2003-4,

   Appellant,

v.

CHARLENE FRANCES GARCIA, individually and as personal representative of the Estate of George Hedlund, RICHARD HEDLUND, KENNETH HEDLUND, SABRINA WHIDDEN GREENE, as plenary guardian of the property of Olivia Lyn Hedlund and George Hedlund, and WELLS FARGO BANK, N.A., successor by merger to Wachovia Bank, N.A.

   Appellees.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2D18-485

Opinion filed May 17, 2019.

Appeal from the Circuit Court for Lee County; Michael T. McHugh, Judge.

Anthony R. Yanez and Nicole R. Topper of Blank Rome LLP, Ft. Lauderdale, for Appellant.

Joseph C. Lotempio and David W. Fineman of The Dellutri Law Group, P.A., Fort Myers, for Appellees Charlene

Frances Garcia, Individually and as
Personal Representative of the Estate of
George Hedlund, Richard Hedlund, and
Kenneth Hedlund.


PER CURIAM.


       Affirmed.


KHOUZAM, MORRIS, and ATKINSON, JJ., Concur.